IN THE SUPREME COURT OF THE STATE OF NEVADA

JAZLEEN GAMBOA,
                    Appellant,

            vs.

JOSE GAMBOA,
                    Respondent.

No. 83671

FILED

MAY 19 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Mary D. Perry, District Judge, Family Court Division
      Israel Kunin, Settlement Judge
      Jazleen Gamboa
      Gregory Gordon Law, PC
      Eighth District Court Clerk

22-15889